## Henry STONE v. STATE.
### 7 Div. 153.

Court of Appeals of Alabama.
June 4, 1935.

---

SAMFORD, Judge.

Appeal dismissed.

---

## Oliver SWEAT v. STATE.
### 8 Div. 996.

Court of Appeals of Alabama.
May 21, 1935.

---

RICE, Judge.

Appeal dismissed.

---

## I. Clarence TAYLOR v. STATE.
### 8 Div. 143.

Court of Appeals of Alabama.
June 4, 1935.

---

RICE, Judge.

Affirmed.

---

## Jim THOMAS v. STATE.
### 8 Div. 163.

Court of Appeals of Alabama.
June 4, 1935.

---

RICE, Judge.

Affirmed.

---

## Charlie WAMBLES v. STATE.
### 4 Div. 158.

Court of Appeals of Alabama.
April 30, 1935.

---

P. B. Traweek, of Elba, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.